DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of G.N.B-K, M.G.A., A.D.M., E.C.P., children.
_____

D.B.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES, and GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-0846

_____

October 10, 2025

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

Kellye Rodriguez, Tampa, for Appellant.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, and Sarah Todd Weitz, Senior Attorney, Tallahassee, for Appellee Statewide Guardian Ad Litem Office.


PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.